UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIR MISAGHI<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TARGET CORPORATION,<br><br>　　　　Defendant. | Case No. 15-cv-04604-LB<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: April 25, 2016<br>Mediator: Stephen Shirle |

IT IS HEREBY ORDERED that the request to excuse Jenny Schock, defendant Target Corporation's claims representative for Sedgwick Claims Management Services, which administers claims for Target, from appearing in person at the April 25, 2016, mediation before Stephen Schirle is GRANTED. The representative shall participate actively for the duration of the mediation by joining telephonically as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: April 4, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
Maria-Elena James
United States Magistrate Judge