1  DYLAN F. POLLARD, ESQ. (180306)
   BRADY LAW GROUP
2  1015 Irwin Street
   San Rafael, CA  94901
3  Tel: 415-459-7300
   Fax: 415-459-7303
4  mail@bradylawgroup.com

5  Attorneys for Plaintiff
   MONIR MISAGHI

6
   GAIL C. TRABISH, ESQ. (103482)
7  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation
8  555 12th Street, Suite 1800
   Oakland, CA  94607
9  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
10 gtrabish@bjg.com

11 Attorneys for Defendant
   TARGET CORPORATION

12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MONIR MISAGHI, | ) | Case No.: C15-04604 LB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER RE: |
| vs. | ) | DISMISSAL WITH PREJUDICE, EACH |
| | ) | PARTY TO BEAR THEIR OWN COSTS |
| TARGET CORPORATION and Does 1-50, inclusive | ) | Complaint Filed:  July 21, 2015 |
| | ) | [Contra Costa Sup Ct. Case No. C15-01276] |
| Defendants. | ) | |

   IT IS HEREBY STIPULATED by and between Plaintiff MONIR MISAGHI and Defendant TARGET CORPORATION through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party agrees to bear its own costs.

DATED:

                                        BRADY LAW GROUP


                                        By:  /s/ *DYLAN F. POLLARD*
                                             DYLAN F. POLLARD, ESQ.
                                             Attorneys for Plaintiff MONIR MISAGHI

-1-

STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE – Case No. C15-04604 LB

1  DATED:                                          BOORNAZIAN, JENSEN & GARTHE
                                                   A Professional Corporation

                                                   By:      /s/ *GAIL C. TRABISH*
                                                         GAIL C. TRABISH, ESQ.
                                                         Attorneys for Defendant
                                                         TARGET CORPORATION

   IT IS SO ORDERED.

   Dated: June 8, 2016                             By: _____
                                                         HON. LAUREL BEELER
                                                         U. S. MAGISTRATE JUDGE

27709\724794

-2-

STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE – Case No. C15-04604 LB